Kenneth Earl SWINNEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27740.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

Kenneth Earl SWINNEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27741.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for robbery, with punishment assessed at 7 years.

As required by Art. 827, C.C.P., the record does not reflect that a notice of appeal was entered of record.

In the absence thereof, this court has no jurisdiction to entertain the appeal.

The appeal is dismissed.